UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO . 09-20298-CIV-O'SULLIVAN
[CONSENT]

JESUS DUBON, et al.,
    Plaintiffs,

vs.

DELMAS MEAT AND FISH, a Florida
corporation, and FREDDIE DE JESUS
RODRIGUEZ, individually,
    Defendants.
_____/

## ORDER

THIS MATTER comes before the Court on the Defendants' Motion for Partial Summary Judgment as to Commencement of the Claims of Plaintiffs Aurelio Arevalo, Jose Arevalo and Santiago Arevalo and Memorandum of Law (DE # 39, 8/26/09).  Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure.  **Failure to do so may be deemed sufficient cause for granting the motion by default**.

S.D. Fla. L.R. 7.1 (C) (Emphasis supplied).

Having received no response from the plaintiffs, and a response having been due, it is

ORDERED AND ADJUDGED, that the plaintiffs shall file a response to the Defendants' Motion for Partial Summary Judgment as to Commencement of the Claims of Plaintiffs Aurelio Arevalo, Jose Arevalo and Santiago Arevalo and Memorandum of Law (DE # 39, 8/26/09) on or before **Tuesday, September 22, 2009**.  The failure to file a response may result in an Order granting the Defendants' Motion for Partial Summary

Judgment as to Commencement of the Claims of Plaintiffs Aurelio Arevalo, Jose Arevalo and Santiago Arevalo and Memorandum of Law (DE # 39, 8/26/09) in its entirety.

    DONE AND ORDERED, in Chambers, at Miami, Florida, this **15th** day of September, 2009.

                                                      JOHN J. O'SULLIVAN
                                                      UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All Counsel of Record