UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT

CASE NO: 09-20298-CIV-O'SULLIVAN
[CONSENT]

JESUS DUBON, JOSE AREVALO,
SANTIAGO AREVALO
and AURELIO AREVALO,

       Plaintiffs,

vs.

DELMAS MEAT AND FISH
a Florida Corporation and
FREDDIE DE JESUS RODRIGUEZ,
an individual,

       Defendants.
_____/

## **FINAL JUDGMENT**

THIS CAUSE came before the Court for trial, and the jury having considered the evidence, and having returned a verdict in favor of the plaintiffs JESUS DUBON, JOSE AREVALO, SANTIAGO AREVALO and AURELIO AREVALO, it is

ORDERED AND ADJUDGED that Final Judgment is entered in favor of the plaintiffs, JESUS DUBON, JOSE AREVALO, SANTIAGO AREVALO and AURELIO AREVALO, and against the defendants, DELMAS MEAT AND FISH and FREDDIE DE JESUS RODRIGUEZ. The plaintiffs shall recover as follows:

1. Plaintiff JESUS DUBON shall recover $18,732.00 in damages and liquidated damages, plus post-judgment interest, for which let execution issue shall recover;

2. Plaintiff JOSE AREVALO shall recover $15,456.00 in damages and liquidated

      damages, plus post-judgment interest, for which let execution issue shall recover;

3.     Plaintiff SANTIAGO AREVALO shall recover $12,558.00 in damages and liquidated damages, plus post-judgment interest, for which let execution issue shall recover and

4.     Plaintiff AURELIO AREVALO shall recover $8,694.00 in damages and liquidated damages, plus post-judgment interest, for which let execution issue shall recover.  It is further,

ORDERED AND ADJUDGED that the Clerk of Court is directed to mark this case as CLOSED and DENY all pending motions as moot. It is further,

ORDERED AND ADJUDGED that motions for attorneys' fees and/or to tax costs in this action shall be filed pursuant to Local Rule 7.3, S.D. Fla. L.R. The Court reserves jurisdiction to consider such motions.

DONE AND ORDERED in Chambers at Miami, Florida this **30th** day of November, 2009.

                                              _____
                                              JOHN J. O'SULLIVAN
                                              UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All counsel of record